IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBIN RZIHA

    *Plaintiff,*

vs.

BOARD OF COUNTY COMMISSIONERS
OF PAWNEE COUNTY, KANSAS &
DOUGLAS MCNETT,

    *Defendants.*

Case No. 19-01095-EFM-TJJ

**ORDER**

Plaintiff Robin Rziha filed suit against Defendants Douglas McNett and Board of County Commissioners of Pawnee County, Kansas (collectively referred to as "Defendants"), alleging violations of Title VII, the False Claims Act, the National Defense Authorization Act, and the First and Fourteenth Amendments to the United States Constitution. This matter comes before the Court on Defendants' Motion to Dismiss Plaintiff's original complaint (Doc. 8). After Defendants filed their motion to dismiss, Plaintiff filed an Amended Complaint (Doc. 11); Defendants have since filed a Motion to Dismiss Plaintiff's Amended Complaint (Doc. 16). The filing of an amended

complaint renders the original complaint inoperative, and the Court therefore denies Defendants' motion to dismiss Plaintiff's original complaint as moot.[1]

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated this 15th day of November, 2019.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

---

[1] *White v. City of Topeka*, 2019 WL 3546469, at *1 (D. Kan. 2019) (explaining that "any motion directed at the original complaint is rendered moot by the filing of an amended complaint").